IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

RECEIVED

08 MAR 11 PM 1:45

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO. 1:07-cr-00085-JEG-CFB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KILEY R. KENNEDY, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY
## (NO PLEA AGREEMENT)

The United States of America and the defendant, having both filed a written consent to conduct of the plea proceedings by a magistrate judge, appeared before me pursuant to Fed. R. Crim. P. 11 and LCrR 11. The defendant entered a plea of guilty to Count 2 of the Indictment charging him with possession of stolen firearms, in violation of 18 U.S.C. §§ 922(j), 924(a), 2. After advising and questioning the defendant under oath concerning each of the subjects addressed in Rule 11(b)(1), I determined that the guilty plea was in its entirety voluntarily, knowingly and intelligently made and did not result from force, threats, or promises. I further determined that there is a factual basis for the guilty plea on each of the essential elements of the offense in question. There is no plea agreement.

I recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed

accordingly.    A   presentence   report   has   been   ordered   and   a
sentencing status conference scheduled.

_____
UNITED STATES MAGISTRATE JUDGE

_____
DATE

NOTICE

        Failure by a party to file written objections to this
Report and Recommendation within ten (10) days from the date of its
service will result in waiver by that party of the right to make
objections   to   the   Report   and   Recommendation.     28   U.S.C.
§ 636(b)(1)(B).  The Report and Recommendation was served this date
by delivery of a copy thereof to counsel for the government and
defendant in open court.